# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| SHANE PAUL AUGUST | CASE NO. 6:18-CV-00139 |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| TRISHA BRINKHAUS ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Hearing Officer Dennis R. Bundick's Motion to Dismiss (Rec. Doc. 9) is GRANTED, and the plaintiff's claim against him is DISMISSED WITH PREJUDICE, consistent with the report and recommendation.

Signed at Monroe, Louisiana, this 7th day of June, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE