RECEIVED
JUL 12 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SHANE PAUL AUGUST | CASE NO. 6:18-CV-00139 |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| TRISHA BRINKHAUS ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion to dismiss (Rec. Doc. 17), which was filed on behalf of defendants Child Support Enforcement Agency, Lakarra Williams, and Trisha Brinkhaus, is GRANTED, and the plaintiff's claims against those defendants is DISMISSED WITHOUT PREJUDICE, consistent with the report and recommendation.

Signed at ALEXANDRIA, Louisiana, this 11th day of July, 2018.

UNITED STATES DISTRICT JUDGE