UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SHANE PAUL AUGUST | CASE NO. 6:18-CV-00139 |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| TRISHA BRINKHAUS ET AL. | MAGISTRATE JUDGE HANNA |

## **JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Deputy Clerk of Court Monica Comeaux's motion to dismiss (Rec. Doc. 12) is GRANTED and the plaintiff's claims against her are DISMISSED WITHOUT PREJUDICE, consistent with the report and recommendation.

Signed at Shreveport, Louisiana, this 29th day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE