**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

SHANE PAUL AUGUST							CIVIL ACTION NO. 18-0139

VERSUS								UNASSIGNED DISTRICT JUDGE

TRISHA BRINKHAUS ET AL.						MAGISTRATE JUDGE HANNA

**JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion to dismiss (Record Document 42), which was filed on behalf of defendant Shane Mouton, is **GRANTED** and the plaintiff's claims against Mr. Mouton are **DISMISSED WITHOUT PREJUDICE**, consistent with the report and recommendation.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 31st day of October, 2018.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT